The People of the State of Illinois, defendant in error, v. David Creely and Daniel J. Dennehy, plaintiffs in error. Gen. No. 30,877.

The People of the State of Illinois, defendant in error, v. Daniel J. Dennehy, plaintiff in error. Gen. No. 30,878.

Prosecution for extortion. Judgment of conviction. Error to the Criminal Court of Cook county; the Hon. Thomas J. Lynch, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed October 5, 1926.

Stewart & O'Brien, for plaintiffs in error; Clyde C. Fisher, of counsel. Robert E. Crowe, State's Attorney, Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, for defendants in error.

Mr. Justice Fitch delivered the opinion of the court.

---

The General Furniture Company, defendant in error, v. B. G. Joseph et al., plaintiffs in error. Gen. No. 30,880.

Replevin. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 5, 1926.

Peden, Kahn & Murphy, for plaintiffs in error; Gerald Ryan, of counsel. Weissenbach, Hartman, Craig & Okin, for defendant in error.

Mr. Justice Fitch delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Mildred Londell, appellee, v. Arthur Boivin, appellant. Gen. No. 30,915.

Bastardy proceedings. Judgment for People. Appeal from the Municipal Court of Chicago; the Hon. Harry F. Hamlin, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 5, 1926.

James M. Burke, for appellant; Snyder & Cohn, of counsel. Robert E. Crowe, State's Attorney, for appellee; Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

Jacob Samuelson, appellant, v. Sophia Weinberg, appellee. Gen. No. 30,947.

Action for real estate commissions. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Harry F. Hamlin, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 5, 1926.

L. M. Fine, for appellant; Geo. F. Ort, of counsel. DeStefano, Merensky & Mirabella, for appellee; Richard E. Dooley, of counsel.

Mr. Justice Fitch delivered the opinion of the court.